# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

|  |  |
|---|---|
| THE SCRANTON CLUB, | : No. 536 MAL 2023 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the **Unpublished** |
| v. | : **Memorandum and Order** of the |
| | : Superior Court at No. 238 MDA |
| | : 2021 entered on September 12, |
| TUSCARORA WAYNE MUTUAL GROUP, | : 2023, **affirming and reversing** the |
| INC., SUSQUEHANNA CAPITAL CORP., | : Order of the Lackawanna County |
| TUSCARORA WAYNE INSURANCE | : Court of Common Pleas at No. 20 |
| COMPANY, TUSCARORA WAYNE | : CV 2469 entered on January 25, |
| MUTUAL INSURANCE COMPANY, | : 2021 |
| | : |
| Petitioners | : |

## <u>ORDER</u>

**PER CURIAM**                                                   **DECIDED: December 23, 2024**

     **AND NOW**, this 23rd day of December, 2024, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and the case is **REMANDED** to that court for reconsideration in light of *Ungarean v. CNA,* 2024 WL 4293339 (Pa. filed Sept. 26, 2024).